

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00072-CV

**JMI CONTRACTORS, LLC**,
Appellant

v.

Jose Manuel **MEDELLIN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-05983
Honorable Aaron Haas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we GRANT Jose Manuel Medellin's motion for rehearing. We WITHDRAW our June 28, 2023 opinion and judgment and SUBSTITUTE this opinion and judgment in their stead.

The judgment is AFFIRMED. Costs of court for this appeal are taxed against appellant JMI Contractors, LLC.

SIGNED August 28, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice